# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON CRESWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MONTEBELLO, AND DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | CASE NO. 5:22-cv-00787-AB-KKx<br>*[Assigned to Honorable Judge Andre Birotte Jr.]*<br><br>[~~PROPOSED~~] **ORDER** |

Based on the parties' stipulation, each and every count and claim asserted in this action is **DISMISSED in their entirety with prejudice**, each party to bear their own costs, expenses and attorney fees.

Any dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

DATED: January 26, 2024

*(signature)*

Honorable Judge Andre Birotte Jr.
United States District Judge

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV'T. CODE § 6103

- 1 -
ORDER